■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED WALSH, Appellant.—Judgment of the Supreme Court, Kings County, rendered September 20, 1979, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Mangano, J. P., Gibbons, Rabin and Gulotta, JJ., concur.